IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action No. 4:17-cv-00151-D

NICHOLAS SPARKS,

    Plaintiff,

v.                                       **ORDER**

SELECTIVE INSURANCE COMPANY OF
THE SOUTHEAST,

    Defendant.

UPON CONSIDERATION of Plaintiff's Motion to Stay Proceedings, and for good cause shown, it is hereby

ORDERED that all proceedings in this insurance coverage action are stayed until conclusion of the underlying case, *Benjamin v. Sparks, et al.*, Civil Action No. 4: 14-CV-00186-D, and further Order of the Court.

SO ORDERED. This **2** day of February 2018.

                                                      JAMES C. DEVER III
                                                      Chief United States District Judge