IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-151-D

| | |
|---|---|
| NICHOLAS SPARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| SELECTIVE INSURANCE COMPANY ) | |
| OF THE SOUTHEAST, ) | |
| ) | |
| Defendant. ) | |

The court GRANTS plaintiff's motion to lift the stay and amend the complaint [D.E. 47]. Plaintiff's unfair and deceptive trade practices claim and breach of duty of good faith and fair dealing claim eke across the plausibility line. Whether the claims will survive defendant's inevitable motion for summary judgment is an issue for another day. Plaintiff shall file the second amended complaint not later than October 12, 2021. The parties shall meet and confer concerning a proposed scheduling order. The court anticipates a discovery period of no more than 180 days.

SO ORDERED. This _7_ day of October, 2021.

JAMES C. DEVER III
United States District Judge